**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ABUBAKAR ABDU GIZA**, *et al.*, | |
| Plaintiff, | |
| v. | Case No. 23-cv-1641 (CRC) |
| **ANTHONY J. BLINKEN**, U.S. Secretary of State, *et al.*, | |
| Defendants. | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** THAT [ECF No. 8] Defendants' Motion to Dismiss is GRANTED. It is further

**ORDERED** that the complaint and the case are dismissed.

This is a final appealable Order.

**SO ORDERED**.

_____
CHRISTOPHER R. COOPER
United States District Judge

Date: August 27, 2024